The Honorable Michelle L. Peterson
Trial Date:  April 13, 2026

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KYLE PARSONS, individually,

                                   Plaintiff,

        v.

PROVIDENCE HEALTH & SERVICES -
WASHINGTON, a Washington non-profit
corporation,

                                   Defendant.

Case No. 2:24-cv-02033-MLP

**STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE**

**NOTED ON MOTION CALENDAR: January 20, 2026**

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party.

//

//

//

//

//

//

//

STIPULATION AND REQUEST FOR ORDER OF DISMISSAL
WITH PREJUDICE – 1
CASE NO. 2:24-CV-02033-MLP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

STIPULATED and AGREED this 20th day of January, 2026.


/s/ Jason W. Preston
Matthew J. Bean, WSBA #23221
matt@beanlawgroup.com
Jason W. Preston, WSBA #61451
jason@beanlawgroup.com
BEAN LAW GROUP
2200 6th Ave., Suite 500
Seattle, WA 98121
Tel: 206.522.0618

*Attorneys for Plaintiff*

/s/ Nina Stroescu
Ryan P Hammond, WSBA #38888
rhammond@littler.com
Nina Stroescu, WSBA #60361
nstroescu@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Tel: 206.623.3300

*Attorneys for Defendant*

STIPULATION AND REQUEST FOR ORDER OF DISMISSAL
WITH PREJUDICE – 2
CASE NO. 2:24-CV-02033-MLP

## ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that any and all claims brought, or that could have been brought, against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED:  January 20, 2026.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

*Presented by:*

*/s/ Nina Stroescu*
Ryan P. Hammond, WSBA #38888
rhammond@littler.com
Nina Stroescu, WSBA #60361
nstroescu@littler.com
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*

*Approved as to form and content:*

*/s/Jason W. Preston*
Matthew J. Bean, WSBA #23221
matt@beanlawgroup.com
Jason W. Preston, WSBA #61451
jason@beanlawgroup.com
BEAN LAW GROUP

*Attorneys for Plaintiff*

STIPULATION AND REQUEST FOR ORDER OF DISMISSAL
WITH PREJUDICE – 3
CASE NO. 2:24-CV-02033-MLP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300